IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLEKSANDR ROMANYUK and NATALYA SILANTEVA,<br><br>    Plaintiffs,<br><br>    v.<br><br>LORETTA E. LYNCH, Attorney General of the United States, et al.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:   CIVIL ACTION<br>:<br>:<br>:   NO. 14-7062<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this __16th__ day of December, 2015, upon consideration of Plaintiffs' Motion for Summary Judgment (Doc. 14), Defendants' Response (Doc. 19), Defendants' Cross Motion for Summary Judgment (Doc. 15), and Plaintffs' Response (Doc. 21), **IT IS HEREBY ORDERED AND DECREED** the following:

1.   Plaintiffs' Motion is **DENIED**;

2.   Defendants' Motion is **GRANTED** and **JUDGMENT** is **ENTERED** in favor of Defendants;[1] and

3.   The Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

**BY THE COURT**:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.C.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated December 16, 2015.